**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ASHLEY SULTZBACH,

                Respondent

         v.

RONALD SULTZBACH,

                Petitioner

:  No. 58 MAL 2024
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.